In the Matter of the General Assignment for the Benefit of Creditors of EMBASSY HATS, INC., Assignor, to MILLINERY CREDIT ASSOCIATES, INC., Assignee, Appellant. BILLARD MANUFACTURING CORPORATION, Respondent.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

STANLEY J. TAYLOR, Respondent, v. JACK LYNCH, INC., Appellant.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

ANNA M. SYKES, Appellant, v. GENERAL TRANSPORTATION CASUALTY & SURETY CO., Respondent, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

HERMAN F. WILLFUEHR, Respondent, v. JACOB MICHAEL et al., Appellants.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

MARY WAGNER v. D. WARD NICHOLS, as Presiding Bishop of the First Episcopal District of the African Methodist Episcopal Church, and as Presiding Officer of Each of the Conferences Comprised Thereunder.— Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *ante*, p. 581.]

PRUDENTIAL EXPORTERS CORPORATION v. SVIRSKY CLOTHING COMPANY, INC., et al.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 646.]

MATTHEW J. BENVENUTO v. MARIO RODRIGUEZ.— Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 162.]

PARA-TYPE STATIONERY CORPORATION v. BRANDTJEN & KLUGE, INC.— Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 179.]